# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIESHIA DUGANNE,** | : |
| **Plaintiff** | : |
| | : **CIVIL ACTION NO. 3:13-1359** |
| v. | : |
| | : **(JUDGE MANNION)** |
| **SUPT. GIROUX, <u>et al</u>.,** | : |
| **Defendants** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motions to dismiss (Docs. 35, 37) are **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. <u>See</u> 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: **September 15, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1359-01-ORDER.wpd